IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-29-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS ALEXANDER WALDO, JR., | ) | |
| | ) | |
| ~~Defendant~~ | ) | |

The United States SHALL respond to defendant's latest motion for compassionate release [D.E. 76] not later than September 19, 2025. Cf. [D.E. 72].

SO ORDERED. This 20 day of August, 2025.

JAMES C. DEVER III
United States District Judge