IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-29-D

UNITED STATES OF AMERICA, )
)
v. ) ORDER
)
MARCUS ALEXANDER WALDO JR., )
)
Defendant. )

For the reasons stated in the United States' response in opposition [D.E. 86], the court DENIES defendant's motion for compassionate release [D.E. 76].

SO ORDERED. This 18 day of December, 2025.

JAMES C. DEVER III
United States District Judge